LOCKE LORD LLP
Regina J. McClendon (State Bar No. 184669)
rmcclendon@lockelord.com
Jonathan S. Lieberman (State Bar No. 278058)
jlieberman@lockelord.com
44 Montgomery Street, Suite 2400
San Francisco, CA  94104
Telephone:  415-318-8810
Fax:  415-676-5816

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORETO G. CEREZO and NIDA F. CEREZO, <br><br> Plaintiffs. <br><br> vs. <br><br> U.S. BANK, N.A.; WELLS FARGO BANK, N.A.; NDEX WEST, LLC, DOES 1-100, <br><br> Defendants. | CASE NO. CV 13-1540 PSG <br><br> [PROPOSED] **ORDER GRANTING MOTION TO EXPUNGE NOTICE OF PENDENCY OF ACTION (LIS PENDENS)** |

Defendant Wells Fargo Bank, N.A. ("Wells Fargo") filed its motion to expunge notice of pendency of action (lis pendens) on May 3, 2013.  (Dkt. 17.)  In that motion, Wells Fargo sought to expunge the notice of pendency of action recorded by Plaintiffs against real property located at 3125 Woods Way, San Jose, CA 95148, as document number 22124611 on March 7, 2013, in the Santa Clara County Recorder's Office.   Plaintiffs opposed that motion.

After consideration of the parties' papers, the Court issued an order on August 9, 2013 granting Wells Fargo's motion.  (Dkt. 34.)  It is therefore ordered that the notice of pendency of action recorded by Plaintiffs against real property located at 3125 Woods Way, San Jose, CA 95148,

1  as document number 22124611 on March 7, 2013, in the Santa Clara County Recorder's Office is
2  expunged.
3
4  Dated:  August 30, 2013
5                                                                  _____
                                                                    United States Magistrate Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28